FILED

2021 May-28 AM 08:45
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| MALCOLM RODERICK MARBURY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | )   Case No. 4:21-cv-247-MHH-GMB |
| ETOWAH COUNTY DETENTION | ) |
| CENTER, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## **MEMORANDUM OPINION**

On April 26, 2021, the Magistrate Judge entered a report in which he recommended that the Court dismiss the plaintiff's claims without prejudice pursuant to 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted. Doc. 6. The Magistrate Judge advised Mr. Marbury of his right to file specific written objections within 14 days. Doc. 6, pp. 8–9. That time limitation has expired without objection to the report and recommendation.

Having reviewed the materials in the Court's electronic docket, including the report and recommendation, the Court adopts the Magistrate Judge's report and accepts his recommendation. By separate order, the Court will dismiss this action without prejudice pursuant to 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted.

**DONE** and **ORDERED** this May 27, 2021.

**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE